UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00547-FDW-DCK

| CARSTAR FRANCHISOR SPV LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CARSTARZ, LLC, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Set Aside Default, (Doc. No. 9). Defendant seeks to set aside the entry of default entered by the Clerk of Court, and the motion indicates Plaintiff neither consents nor opposes the motion. For the reasons stated in the motion and supporting memorandum, (Doc. No. 9-1), it is GRANTED. Entry of default is hereby set aside. Although attached to the instant motion, Defendant is ORDERED to file its Answer on the docket no later than December 20, 2022. Upon the filing of the Answer, the parties are directed to follow the Federal Rules of Civil Procedure and this Court's Standing Orders accordingly so that this case may proceed accordingly.

IT IS SO ORDERED.

Signed: December 16, 2022

Frank D. Whitney
United States District Judge

1